AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC<br><br>    Plaintiff(s),<br><br>    V.<br><br>THE QUEEN'S MEDICAL CENTER, INC., et al.,<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: 19-CV-00301-DKW-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>October 31, 2019<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREDJUDICE. Judgment in favor of Defendants The Queen's Medical Center, Inc., North Hawai'i Community Hospital, Inc., and Molokai General Hospital, pursuant to the "Order (1) Granting Defendants' Motion to Dismiss, (2) Denying as Moot Plaintiff's Motion for Temporary Restraining Order and For a Preliminary Injunction, and (3) Dismissing This Case Without Leave To Amend, (ECF No. 63). It if further ordered that the Clerk of Court close this case.

| | |
|---|---|
| October 31, 2019 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AG |
| | (By) Deputy Clerk |