IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., a foreign non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THE QUEEN'S MEDICAL CENTER, INC., NORTH HAWAII COMMUNITY HOSPITAL, INC., MOLOKAI GENERAL HOSPITAL, AND DOES 1-10, inclusive, <br><br> Defendants. | CV 19-00301 DKW-WRP <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 21, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Defendants' Motion for Attorneys' Fees and Costs to

1

Prevailing Party", ECF No. 77, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 12, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Kaiser Foundation Health Plan, Inc. V. The Queen's Medical Center, Inc. et al*; Civil No. 19-00301 DKW-WRP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**